THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 13, 2017



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:

David M. and Christina M. Kramer,                    Chapter 7 Proceedings
                                                      Case No. 16-28431-gmh
      Debtors.
- - - - - - - - - - - - - - - - - - - - - - - - -
David M. and Christina M. Kramer,
      Plaintiffs,

v.                                                    Adversary Proceedings
                                                      Case No. 16-2448
BC50 Trust I,
      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ORDER APPROVING STIPULATION RESOLVING ADVERSARY TO RECOVER
PREFERENTIAL TRANSFERS IN ACCORDANCE WITH 11 U.S.C. §547(b)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Based upon the stipulation of the parties, a copy of same being on file herein,

      IT IS HEREBY ORDERED as follows:

1. That the Stipulation of the parties is approved; and

2. That this case is hereby dismissed, upon the merits, and without costs to either party, subject to the right to enforce the terms of the stipulation.

#####

ESSERLAW LLC
11805 West Hampton Avenue
Milwaukee, WI 53225
Phone (414) 461-7000
Facsimile (414) 461-8860

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In re:

David M. and Christina M. Kramer,
     Debtors.

Chapter 7 Proceedings
Case No. 16-28431-gmh

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

David M. and Christina M. Kramer,
     Plaintiffs,

v.

Adversary Proceedings
Case No. 16-2448

BC50 Trust I,
     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### STIPULATION RESOLVING ADVERSARY TO RECOVER PREFERENTIAL TRANSFERS IN ACCORDANCE WITH 11 U.S.C. §547(b)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The above-named parties, by their respective attorneys, do hereby stipulate and agree as follows:

1.    This adversary action was filed to recover funds previously held in bank accounts of the debtors/plaintiffs at BMO Harris Bank, N.A., which were garnished by the defendant in a garnishment action filed in Hernando County Florida as Case No. 27-CA-2008-2206 and captioned <u>BC50 Trust I</u> vs. <u>Dave Kramer, et. al.</u>

2.    BMO Harris Bank, N.A. shall distribute $500 of the garnished funds to the "Trust Account of Emanuel & Zwiebel, PLLC" for the benefit of defendant, BC50 Trust I.

3.    BMO Harris Bank, N.A. shall distribute or otherwise release the entire remaining amount of garnished funds to the debtors/plaintiffs, David M. and Christina M. Kramer.

4.    BC50 Trust I and/or its attorneys shall release BMO Harris Bank, N.A., the garnishee defendant in Hernando County Florida Case No. 27-CA-2008-2206, from the garnishment action upon the distribution of the garnished funds consistent with the agreement of the parties as set forth herein.

5.    The garnishment case pending in Hernando County Florida as Case No. 27-CA-2008-2206 shall be dismissed, on the merits, and without costs assessed against any party.

6.    This adversary action shall be dismissed, upon the merits, and without costs to either party, subject to the right to enforce the terms of this stipulation as set forth above.

7.    This stipulation may be signed and filed in counterpart.

Date: December  27  , 2016     Date:  January    11   , 2017

EMANUEL & ZWIEBEL, PLLC     ESSERLAW LLC
Attorneys for Defendant     Attorneys for Debtors/Plaintiffs

By: /s/ Eric B. Zwiebel _____     By:  /s/ Steven E. Berg _____
     Ronald M. Emanuel     Steven E. Berg
     Eric B. Zwiebel, FL State Bar 476904

ESSERLAW LLC
11805 West Hampton Avenue
Milwaukee, WI 53225
Phone (414) 461-7000
Facsimile (414) 461-8860